# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

TED BROUGHTON, on behalf of
himself and on behalf of all others
similarly situated

        Plaintiff,

v.                                            Case No: 2:20-cv-41-SPC-NPM

PAYROLL MADE EASY, INC.,

        Defendant.
_____/

## ORDER[1]

This matter comes before the Court on *sua sponte* review of the file. This is a class-action lawsuit for violations of the Fair Credit and Reporting Act. The parties have reached a preliminary settlement agreement and are seeking approval from the Court. (Doc. 28). The Motion for approval is pending before Magistrate Judge Nicholas P. Mizell. Now that the parties are only awaiting the Court's approval of the settlement, the Court reminds the parties they are free to consent to the assigned United States Magistrate Judge (Judge Mizell) for the final approval of the settlement agreement. If the parties choose to

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

consent, the Court directs them to file a notice of consent form (available on the Court's website). Of course, either party is free to withhold consent without any adverse consequences. See 28 U.S.C. § 636(c)(2).

Accordingly, it is now

**ORDERED:**

If applicable, the parties must file a notice of consent form **on or before May 20, 2021.**

**DONE** and **ORDERED** in Fort Myers, Florida on May 13, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record