UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**TED BROUGHTON,**

    Plaintiff,

v.     Case No. 2:20-cv-41-NPM

**PAYROLL MADE EASY, INC.,**

    Defendant.

## ORDER

Before the court is plaintiff Ted Broughton's unopposed motion for attorney's fees and costs (Doc. 43) and the parties' joint motion for final approval of the class action settlement (Doc. 44). The court grants both motions.

The court preliminarily approved this settlement and the proposed method of notice. (Doc. 41). The settlement administrator provided notice consistent with the court's order, and the deadline for exclusions and objections passed with only one request for exclusion and no objections. (Doc. 44 at 6). Accordingly, the court grants the parties' joint motion for final approval (Doc. 44).

Broughton requests one third of the approved settlement fund in attorney's fees and reimbursement for litigation costs and expenses which are to be paid from the common fund. (Doc. 43). A common-fund fee award is based on a "'reasonable percentage of the fund established for the benefit of the class.'" *Faught v. Am. Home*

*Shield Corp.*, 668 F.3d 1233, 1242 (11th Cir. 2011). While the proposed fee is greater than the 25% benchmark set by the Eleventh Circuit, the court is satisfied with Broughton's discussion of the relevant factors in his unopposed motion and finds the requested attorney's fees reasonable. *See Arkin v. Pressman, Inc.*, 38 F.4th 1001, 1006 n.3 (11th Cir. 2022) (discussing the factors to consider in awarding common-fund fees greater than 25%).

Accordingly, plaintiff Broughton's unopposed motion for attorney's fees and costs (Doc. 43) is **GRANTED**, and the parties' joint motion for final approval of class action settlement (Doc. 44) is also **GRANTED**. The court certifies the settlement class and orders the parties to comply with the terms and conditions in the settlement agreement.

**ORDERED** on August 29, 2022.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE